IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gaines, Ruben | Case Number: 05 B 61178 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/11/08 | Filed: 10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 10, 2008
Confirmed: January 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 36,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 31,517.27 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 1,982.73 |
| Other Funds: | | 0.00 |
| Totals: | 36,000.00 | 36,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 2,500.00 |
| 2. | ECast Settlement Corp | Unsecured | 285.09 | 351.19 |
| 3. | Credit First | Unsecured | 690.34 | 850.42 |
| 4. | Discover Financial Services | Unsecured | 4,710.93 | 5,803.13 |
| 5. | Resurgent Capital Services | Unsecured | 4,790.07 | 5,900.63 |
| 6. | ECast Settlement Corp | Unsecured | 281.54 | 346.82 |
| 7. | Specialized Management Consultants | Unsecured | 542.55 | 668.27 |
| 8. | Resurgent Capital Services | Unsecured | 4,511.44 | 5,557.30 |
| 9. | Marshall Field & Company | Unsecured | 360.48 | 444.06 |
| 10. | Portfolio Recovery Associates | Unsecured | 93.10 | 114.68 |
| 11. | ECast Settlement Corp | Unsecured | 172.89 | 212.97 |
| 12. | Resurgent Capital Services | Unsecured | 6,809.69 | 8,388.45 |
| 13. | ECast Settlement Corp | Unsecured | 2,337.48 | 2,879.35 |
| 14. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 15. | BP Amoco | Unsecured | | No Claim Filed |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | Shell Credit Card | Unsecured | | No Claim Filed |
| | | | $ 28,085.60 | $ 34,017.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Gaines, Ruben

Printed: 11/11/08

Case Number: 05 B 61178
Judge: Goldgar, A. Benjamin
Filed: 10/16/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 439.26 |
| 5% | 147.65 |
| 4.8% | 287.82 |
| 5.4% | 648.54 |
| 6.5% | 389.72 |
| 6.6% | 69.74 |
| | $ 1,982.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

